# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| TWL REALTY, LLC AND KEYSTONE CORRECTIONAL SERVICES, INC. | : | No. 87 MAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| WEST HANOVER TOWNSHIP ZONING HEARING BOARD BOARD OF SUPERVISORS OF WEST HANOVER TOWNSHIP, | : | |
| | : | |
| Intervenor | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: BOARD OF SUPERVISORS OF WEST HANOVER TOWNSHIP, | : | |
| | : | |
| Intervenor | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.